

Federal Communications Commission
Washington, D.C. 20554

February 7, 2024

**BY ELECTRONIC FILING**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    RE: Chamber of Commerce, et al. v. FCC, No. 24-60048

Dear Mr. Cayce,

    In accordance with Panel Rule 25.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission ("Commission") hereby notifies the Court that on February 7, 2024, the Commission electronically filed a Notice of Multicircuit Petitions for Review (copy attached) with the Judicial Panel on Multidistrict Litigation.

                        Respectfully submitted,

                        /s/ William J. Scher

                        William J. Scher
                        Counsel

cc: Counsel of Record